FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF BENJAMIN GROSSER and MAKAYLA MARIE MOODY, individually, as Personal Representative, and as guardian of K.G. and J.G., <br><br> Plaintiffs, <br><br> v. <br><br> SPOKANE COUNTY, Washington, a municipal corporation doing business as Spokane County Sheriff's Office; OZZIE KNEZOVICH; and JAMES REED, <br><br> Defendants. | No. 2:22-CV-00097-MKD <br><br> ORDER OF PRELIMINARY APPROVAL OF MINOR SETTLEMENT <br><br> **ECF No. 24** |

Before the Court is Plaintiff Makayla Moody's Motion for Approval of

Minor Settlement.  ECF No. 24.  The parties represent that they have reached a

settlement following two days of mediation.  On December 2, 2022, Guardian *ad*

*Litem* Daniel E. Huntington filed a Report recommending the proposed settlement.

ORDER OF PRELIMINARY APPROVAL OF MINOR SETTLEMENT - 1

ECF No. 25.  On December 14, 2022, the Court held a hearing on the motion.  ECF No. 26.

Pursuant to its "special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors[,]" the Court is required to conduct an inquiry to determine whether the settlement serves the best interest of the minor plaintiffs, K.G. and J.G.  *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011).  LCivR 17(c)(4) provides that "[n]o claims of a ward shall be settled or compromised without the prior approval of the Court."

The total settlement amount is $7,500,000, in exchange for a full release of all claims that Plaintiffs have or could have against the Defendants and their agents related to this matter.  ECF No. 24-3 at 1.  Plaintiffs' counsel's retainer agreement provides for a 40% contingency arrangement.  ECF No. 24-5 at 1.  The settlement provides that, upon Defendants' counsel's receipt of the fully executed Settlement Agreement and Release, and the Court's approval of the minor settlements, Defendants shall pay by check to Plaintiffs' counsel $6,750,000, and the remaining $750,000 is to fund future period payments to Plaintiff Makayla Moody.

Plaintiff Moody proposes that $1,500,000 be directed to the minor plaintiffs K.G. and J.G. for their exclusive benefit, each minor plaintiff to receive $750,000, to be invested through a settlement trust.  Plaintiff Moody represents that, if this

ORDER OF PRELIMINARY APPROVAL OF MINOR SETTLEMENT - 2

plan is accepted, trust instruments will be drafted, a trustee will be proposed, and the trust instruments will be filed with the Superior Court of Spokane County.

The Court has reviewed the record, the motion, the Guardian *ad Litem* report, and is fully informed.  The proposed plan is approved, subject to the conditions set forth below.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiff Makayla Moody's Motion for Approval of Minor Settlement, **ECF No. 24**, is **GRANTED.**

2.    The proposed gross settlement amount of $7,500,000 is fair and reasonable and is **APPROVED.**

3.    The proposed allocation $750,000 to minor plaintiff K.G. is fair and reasonable and is **APPROVED.**  The proposed allocation $750,000 to minor plaintiff J.G. is fair and reasonable and is **APPROVED.**

4.    The contingency fee charged Connelly Law Offices, PLLC, representing 40% of gross recovery, and the advanced costs in the amount of $64,072.01, are fair and reasonable and are **APPROVED.**  The proposed cost hold-back amount of $10,927.99, for the costs of the Guardian *ad Litem* and costs associated for drafting the trust instruments, is fair and reasonable and is **APPROVED.**

ORDER OF PRELIMINARY APPROVAL OF MINOR SETTLEMENT - 3

5.      As agreed by the parties, Plaintiff Makayla Moody is to pay the Guardian *ad Litem*'s fee as a cost in this case.  The amount of time that Mr. Huntington spent on this case, 7.5 hours, and his hourly rate of $300 per hour, are fair and reasonable and are **APPROVED.**

6.      The proposed Settlement Agreement and Release, **ECF No. 24-4**, is **APPROVED.**  Plaintiffs and their counsel shall execute and return the Settlement Agreement and Release to Defendants on or before **December 22, 2022.**

7.      Per the terms of the proposed Settlement Agreement and Release, **within two weeks** of Defendants' counsel's receipt of the fully executed Settlement Agreement and Release, Defendants shall pay or cause to be paid the following sums:  (1) $6,750,000 to Plaintiff's counsel, "Connelly Law Offices, PLLC, in Trust for Estate of Grosser;" and (2) $750,000 to Pacific Life & Annuity Services, Inc., for purchase of an annuity for Ms. Moody's benefit.

8.      Upon receipt of payment, Plaintiff's counsel Connelly Law Offices, PLLC, shall hold $1,500,000 designated for the benefit of minor plaintiffs K.G. and J.G., in escrow or trust account, pending the establishment in state court of two minor settlement trusts for each of the minor plaintiffs.  The remaining amounts shall be disbursed to Ms. Moody and for attorney's fees and costs.

9.      Plaintiffs shall retain an experienced trusts and estates lawyer to draft proposed settlement trust instruments.  Plaintiffs shall seek out a suitable

ORDER OF PRELIMINARY APPROVAL OF MINOR SETTLEMENT - 4

individual or organization to serve as trustee to oversee the minor settlement trusts. Plaintiff Moody shall bear the cost of establishing the minor settlement trusts. No amount may be deducted from the sums designated for the benefit of minor plaintiffs K.G. and J.G. for the establishment of the trusts.

10.    On or before February 17, 2023, Plaintiffs shall file a Motion for Final Approval of Minor Settlement, and shall provide draft trust instruments for the Court's review and approval.

11.    The Guardian *ad Litem*, Mr. Huntington, is authorized to execute papers incidental to the settlement of the minor plaintiffs' claims. Upon such execution, Mr. Huntington is **DISCHARGED** from his duties in his capacity as Guardian *ad Litem*.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and provide copies to counsel and Mr. Huntington.

DATED December 19, 2022.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER OF PRELIMINARY APPROVAL OF MINOR SETTLEMENT - 5