FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF BENJAMIN GROSSER and MAKAYLA MARIE MOODY, individual, as Personal Representative, and as guardian of K.G. and J.G.,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, Washington, a municipal corporation doing business as Spokane County Sheriff's Office; OZZIE KNEZOVICH; and JAMES REED,<br><br>Defendants. | No. 2:22-CV-00097-MKD<br><br>ORDER ON STIPULATION FOR AND ORDER OF DIMISSAL<br><br>ECF No. 33 |

Before the Court is the parties' Stipulation for and Order of Dismissal, ECF No. 33. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties stipulate and agree to the dismissal of this action

ORDER ON STIPULATION FOR AND ORDER OF DIMISSAL - 1

in its entirety with prejudice, each party to bear their own attorney's fees and costs. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

2. Any pending motions are **DENIED AS MOOT**.

3. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 20, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION FOR AND ORDER OF DIMISSAL - 2